UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
:
ADELAIDO GALEANA et al.,                                 :
:
                       Plaintiffs,  :
:          14-CV-3625 (VSB)
        - against -                                    :
:          ORDER
MAHASAN INC. et al,                                      :
:
                     Defendants.  :
:
-------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

      Defendants' Counsel failed to appear at the Initial Pretrial Conference scheduled for today, October 30, 2014, at 10:30 am. Having been advised that Counsel had recently failed to appear in other matters, the Court had attempted to contact Counsel by telephone on October 23, 2014, to remind him of the Conference. Counsel did not respond. Nor did Counsel respond to the efforts of Plaintiffs' Counsel to contact him, or to the Court's attempts to contact him today.

      The Initial Pretrial Conference is hereby adjourned until Thursday, November 6, 2014, at 11:00 am. Counsel for Defendants is hereby ordered to appear before the Court at that time, or to show cause in writing why he is unable to attend and to provide alternative dates and times during which he is available.

      SO ORDERED.

Dated: October 30, 2014
       New York, New York

                                                  Vernon S. Broderick
                                                  United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/30/2014