```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/6/2014
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
ADELAIDO GALEANA and NICHOLAS     :
GALEANA, individually and on behalf of :
others similarly situated,                        :
                                                              :       14-CV-3625 (VSB)
                                       Plaintiffs,   :
                                                              :       ORDER TO SHOW CAUSE
            - against -                              :
                                                              :
MAHASAN INC. et al.,                        :
                                                              :
                                       Defendants. :
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      Defendants' counsel, Alex J. Ru, filed a notice of appearance, (Doc. 7), and an Answer, (Doc. 9), on September 19, 2014.[1]  On October 24, 2014, representing that they had been unable to contact Mr. Ru, Plaintiffs filed an initial status report and proposed Case Management Plan without input from Defendants.  (Doc. 10.)  Having been advised that Mr. Ru was not responsive to Plaintiffs' counsel, the Court unsuccessfully attempted to contact Mr. Ru to remind him of a scheduled initial pre-trial conference on October 30, 2014.  Mr. Ru failed to appear at that conference and did not respond to further attempts to contact him.  (*See* Docket Entry of Oct. 30, 2014.)  I ordered that the conference be adjourned until November 6, 2014, and that Mr. Ru appear before the Court at that time or show cause in writing why he was unable to do so.  Despite several attempts by the Court to reach him by phone and by e-mail, Mr. Ru again failed to appear on November 6.  Plaintiff advised the Court, and the Court has confirmed, that Mr. Ru has also failed to appear and been unresponsive in other matters in this District during the same

---

[1] Although there are two Answers on the docket, the first, (Doc. 8), refers to the wrong parties and appears to have been filed in error.

time period.

Accordingly, IT IS HEREBY ORDERED that Defendants' counsel shall appear before the Court on Thursday, December 4, 2014 at 11:30 a.m. to show cause why sanctions should not issue against him and why Defendants' Answer should not be struck from the docket. *See* Fed. R. Civ. P. 16(f)(1).

SO ORDERED.

Dated: November 6, 2014
   New York, New York

_____
Vernon S. Broderick
United States District Judge