

Joey Tsai  T. 646.829.9001
250 West 57th Street  F. 646.829.9002
Suite 901  jtsai@tsaipllc.com
New York, NY 10107  www.tsaipllc.com
Admitted to practice law in
New York and New Jersey

December 18, 2014

VIA ECF
Honorable Vernon S. Broderick
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

      Re:    Galeana et al v. Mahasan Inc., et al. (14-cv-3625)
              Revised Case Management Plan

Dear Judge Broderick:

      We represent Defendants in the above-referenced matter. Pursuant to the Court's Show Cause Hearing held on December 4, 2014, the parties were directed to submit a proposed revised case management plan by December 18, 2014. Counsel for both sides have met and jointly submit the attached proposed case management plan.

      Respectfully submitted,
      /s/ Joey Tsai
      Joey Tsai
      Attorney for Defendants


cc:    Alex Ru, Esq. (VIA ECF)
         Michael A. Faillace, Esq. (VIA ECF)
         Joshua S. Androphy, Esq. (VIA ECF)
         Shawn R. Clark, Esq. (VIA ECF)