Clerk of Court, Southern District of New York
500 Pearl Street, New York, New York 10007

I hereby consent to join this lawsuit as a party plaintiff.
**(Yo, por medio de este documento, doy mi consentimiento para formar parte de la demanda como uno de los demandantes.)**

Name / Nombre:                    Subongkot Longwilai

Address/Direccion:                41-64 54th Street
                                  Woodside, NY 11377


Phone Number / Numero de Teléfono:   347 552-8881


Legal Representative / Abogado:   Michael Faillace & Associates, P.C.

            Other / Otro:         N/A

Signature / Firma:                *[signature]*

Date / Fecha:                         December 22, 2014