# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 E 42nd Street, Suite 2020  
New York, New York 10165

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

Faillace@employmentcompliance.com

December 29, 2014

BY HAND

TO: Clerk of Court,

I hereby consent to join this lawsuit as a party plaintiff.  
**(Yo, por medio de este documento, doy mi consentimiento para formar parte de la demanda como uno de los demandantes.)**

Name / Nombre: **Mario Perez**

Address / Direccion: **36-52 35th st. Apt. 2**  
**Astoria, NY 11106**

Legal Representative / Abogado: Michael Faillace & Associates, P.C.

Signature / Firma: 29 de diciembre de 2014

Date / Fecha: