# Michael Faillace & Associates, P.C.
Employment and Litigation Attorneys

60 E 42nd Street, Suite 2020  Telephone: (212) 317-1200
New York, New York 10165  Facsimile: (212) 317-1620

Faillace@employmentcompliance.com

December 29, 2014

BY HAND

TO: Clerk of Court,

I hereby consent to join this lawsuit as a party plaintiff.
**(Yo, por medio de este documento, doy mi consentimiento para formar parte de la demanda como uno de los demandantes.)**

Name / Nombre:  Tomas Bautista

Address / Direccion:  1190 Shakespeare Ave.
Apt. 2B
Bronx, NY 10454

Legal Representative / Abogado:  Michael Faillace & Associates, P.C.

Signature / Firma:  [signature]

Date / Fecha:  29 de diciembre de 2014