# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 E 42nd Street, Suite 2020　　　　　　　　　　　　　　　　Telephone: (212) 317-1200
New York, New York 10165　　　　　　　　　　　　　　　　　Facsimile: (212) 317-1620
___

Faillace@employmentcompliance.com

　　　　　　　　　　　　　　　　　　　　　　　　December 29, 2014

BY HAND

TO:　Clerk of Court,

I hereby consent to join this lawsuit as a party plaintiff.
**(Yo, por medio de este documento, doy mi consentimiento para formar parte de la demanda como uno de los demandantes.)**

Name / Nombre:　　　　　　　　　　**Genaro Galeana**
　　　　　　　　　　　　　　　　　　**537 E. 138th St. Apt. 3**
Address / Direccion:　　　　　　　　**Bronx, Ny 10454**

　　　　　　　　　　　　　　　　　　Michael Faillace & Associates, P.C.

Legal Representative / Abogado:　　_[signature]_

Signature / Firma:　　　　　　　　　29 de diciembre de 2014

Date / Fecha: