# MILMAN LABUDA LAW GROUP PLLC
**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**

_____

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

March 12, 2015

**VIA ECF**
Hon. Vernon S. Broderick, U.S.D.J.
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

*Re:*     **Galeana,** *et al.* **v. Mahasan, Inc.,** *et ano.*
          **Docket No: 1:14-cv-3625 (VSB) (KNF)**
          **Our File No.: 265-2014_____**

Dear Judge Broderick:

　　Please be advised that this firm has been retained to represent the Defendants in the above-referenced matter.

　　This letter shall serve to request an order substituting this firm as Defendants counsel in place of Law Offices of Alex J. Ru and Tsai PLLC. Accordingly, the Defendants respectfully request that you so order the attached stipulated and fully executed order for substitution of counsel.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　**MILMAN LABUDA LAW GROUP PLLC**

　　　　　　　　　　　　　　　　/s/ Joseph M. Labuda
　　　　　　　　　　　　　　　　Joseph M. Labuda, Esq.
　　　　　　　　　　　　　　　　3000 Marcus Avenue, Suite 3W8
　　　　　　　　　　　　　　　　Lake Success, NY 11042-1073
　　　　　　　　　　　　　　　　(516) 328-8899 (office)
　　　　　　　　　　　　　　　　(516) 303-1380 (direct dial)
　　　　　　　　　　　　　　　　(516) 328-0082 (facsimile)
　　　　　　　　　　　　　　　　joe@mllaborlaw.com

cc:     all parties via ECF