UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
**GALEANA,** *et al.***,**

                              **Case No.: 1:14-cv-3625(VSB) (KNF)**

               **Plaintiffs,**

        **-against-**

**MAHASAN, INC.,** *et ano.***,**

               **Defendants.**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### DECLARATION OF EMANUEL KATAEV, ESQ. IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS AND COMPEL ARBITRATION

**EMANUEL KATAEV, ESQ.**, declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

1. I am admitted to practice before this Court and I am an associate of Milman Labuda Law Group, PLLC, attorneys for Defendants in this action.

2. I respectfully submit this Declaration in support of Defendants' Mahasan, Inc. (hereinafter "Mahasan") and Juntima Netprachak (hereinafter "Netprachak") (collectively hereinafter the "Defendants") motion to dismiss and compel arbitration ("Motion"), and to supply this Court with exhibits relevant to its determination of the Motion.

3. Attached hereto as **Exhibit A** is a true and correct copy of DX86, which contains copies of Plaintiff Enrique Martinez Lopez' signatures taken from all documents produced by the parties in this case, and which was made by the declarant's support staff (under the declarant's supervision) in the course of preparation for the hearing in this matter.

4. Attached hereto as **Exhibit B** is a true and correct copy of DX88, which contains copies of Plaintiff Nicolas Galeana's signatures taken from all documents produced by the parties in this case, and which was made by the declarant's support staff (under the declarant's supervision) in the course of preparation for the hearing in this matter.

5. Attached hereto as **Exhibit C** is a true and correct copy of DX90, which contains copies of Plaintiff Mario Perez Vasquez' signatures taken from all documents produced by the parties in this case, and which was made by the declarant's support staff (under the declarant's supervision) in the course of preparation for the hearing in this matter.

6. Attached hereto as **Exhibit D** is a true and correct copy of DX92, which contains copies of Plaintiff Sergio Herrera's signatures taken from all documents produced by the parties in this case, and which was made by the declarant's support staff (under the declarant's supervision) in the course of preparation for the hearing in this matter.

7. Attached hereto as **Exhibit E** is a true and correct copy of DX94, which contains copies of Plaintiff Tomas Batista Hernandez' signatures taken from all documents produced by the parties in this case, and which was made by the declarant's support staff (under the declarant's supervision) in the course of preparation for the hearing in this matter.

8. Attached hereto as **Exhibit F** is a true and correct copy of DX96, which contains copies of Plaintiff Genaro Juarez Galeana's signatures taken from all documents produced by the parties in this case, and which was made by the declarant's support staff (under the declarant's supervision) in the course of preparation for the hearing in this matter.

9. In order to make the above referenced exhibits, the following steps were performed by my support staff:

    a. A search was conducted for the documents produced by both Plaintiff and Defendants in this action through discovery which contain signatures for each individual Plaintiff.

    b. All the signed documents for each Plaintiff were compiled.

    c. A snapshot of each of the signatures for each document that each Plaintiff signed was taken and each signature was placed on a single page in boxes according to each Plaintiff's name.

10. Indeed, a compilation of one (1) set of signatures for each Plaintiff with just the signature was made, and this compilation removed any other information which could potentially identify the documents. The exhibits of this compilation were produced at the hearing and will be used by Defendants in conjunction with the remaining three (3) Plaintiffs who failed to appear on January 12, 2017, the third day of hearings.

11. Another set of signatures was then made without removing the information which could potentially identify the documents, including a Bates stamp or hearing exhibit number for each signature on the page, and a legend was included on a separate page which outlines and identifies where every signature from each document came from.

12. I respectfully submit that every signature on DX86, DX88, DX90, DX92, DX94, and DX96 is a fair and accurate representation of the signature on the underlying document for each signature and offer these exhibits into evidence for the Court's consideration in making a determination on Defendants' Motion.

Dated: Lake Success, New York
       February 3, 2017

                                                    /s\_\_\_
                                    **EMANUEL KATAEV**