**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Galeana et al<br>                    Plaintiff,<br><br>-against-<br><br>Mahasan Inc. et al<br><br>                    Defendants. | Index No. 1:14 cv 3625<br><br>**MOTION TO WITHDRAW AS COUNSEL** |

      Daniel A. Tannenbaum, Esq. the undersigned counsel, respectfully moves to withdraw as counsel for Plaintiff(s) in the above-captioned matter, as his last day of employment with the law firm of Michael Faillace & Associates, P.C. was Wednesday, December 23, 2020.

      Michael Faillace & Associates, P.C. will continue to represent the Plaintiff (s) in this matter, and no party will be prejudiced if this Motion is granted.

      WHEREFORE, the undersigned counsel respectfully requests that this Court permit Daniel A. Tannenbaum to withdraw as counsel for the Plaintiff(s) in this matter.

Dated:
New York, New York                                        Respectfully Submitted,
December 30, 2020

                                                                 */s/ <u>Daniel A Tannenbaum</u>*
                                                                 Daniel A. Tannenbaum, Esq.
                                                                 Michael Faillace & Associates, P.C.
                                                                 60 East 42nd Street, Suite 4510
                                                                 New York, New York 10165
                                                                 *Attorneys for Plaintiff*