# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

| | |
|---|---|
| 60 East 42nd Street, Suite 4510 | Telephone: (212) 317-1200 |
| New York, New York 10165 | Facsimile: (212) 317-1620 |

woates@faillacelaw.com

January 22, 2021

**Via ECF**

Hon. Vernon S. Broderick
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

> APPLICATION GRANTED
> SO ORDERED
> VERNON S. BRODERICK
> U.S.D.J.  1/25/2021
>
> The parties shall appear for a telephonic status conference on January 29, 2021 at 12 PM. The dial-in number is 888-363-4749 and the access code is 2682448.

      Re: Galeana, *et al.* v. Mahasan Inc., *et ano.*
           Case No.: 14-cv-03625 (VSB) (KNF)

Dear Judge Broderick:

    This office represents the Plaintiffs in the above-referenced matter. In accordance with this Court's order dated December 21, 2020, Plaintiffs write jointly with Defendants to provide the Court with a status report in connection with this matter.

    To date, Defendants' counsel has not heard back from Defendants as to the parties' agreement to settle in principle, despite making several attempts to contact her. Accordingly, while Plaintiffs respectfully request the Court to schedule a telephonic status conference at its earliest convenience, Defendants' counsel respectfully submits that they will likely and imminently be moving to withdraw as counsel pursuant to Local Civil Rule 1.4 and will seek related relief.

    In the event the parties finalize the terms of their agreement in principle prior to the date that the Court schedules the status conference, the parties will notify the Court.

    Plaintiffs thank the Court for its time and attention to this matter.

                                      Respectfully submitted,

                                      /s/ William K. Oates
                                      William K. Oates
                                      MICHAEL FAILLACE & ASSOCIATES, P.C.
                                      *Attorneys for Plaintiffs*

cc:    Joseph Martin Labuda, Esq. (via ECF)
        Emanuel Kataev, Esq. (via ECF)