# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510            Telephone: (212) 317-1200
New York, New York 10165            Facsimile: (212) 317-1620

woates@faillacelaw.com

January 25, 2021

**Via ECF**

Hon. Vernon S. Broderick
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

**APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J.** 1/26/2021

The status conference currently scheduled for January 29, 2021 is adjourned until February 2, 2021 at 12 PM. The dial-in number is 888-363-4749 and the access code is 2682448.

        Re:     Galeana, *et al.* v. Mahasan Inc., *et ano.*
                   Case No.: 14-cv-03625 (VSB) (KNF)

Dear Judge Broderick:

       Our office represents Plaintiffs in the above-captioned matter. We write to respectfully request a brief adjournment of the status conference in this matter, which is currently scheduled for Friday, January 29, 2021 at 12:00 p.m. This is Plaintiffs' first request to adjourn the status conference. The reason for this request is due to a scheduling conflict in the undersigned's schedule. Defendants consent to the within request.

       Subject to the Court's calendar, the parties are available for the status conference on the following days: 1) Tuesday, February 2, 2021 at any time that is convenient for the Court; 2) Wednesday, February 3, 2021 after 2:00 p.m.; or 3) Friday, February 5, 2021 before 2:00 p.m.

       Plaintiffs thank the Court for its time and attention to this matter.

                                             Respectfully submitted,

                                             /s
                                             William K. Oates, Esq.
                                             Michael Faillace & Associates, P.C.
                                             *Attorneys for Plaintiffs*

cc:     Joseph Martin Labuda, Esq. (via ECF)
           Emanuel Kataev, Esq. (via ECF)