USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/23/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
ADELAIDO GALEANA and NICHOLAS
GALEANA, individually and on behalf of
others similarly situated,

                       Plaintiffs,

              -against-

MAHASAN INC. et al.,

                       Defendants.
-------------------------------------------------------------- X

14-CV-3625 (VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

    I am in receipt of the February 22, 2021 motion to withdraw filed by attorneys for Defendants in the above-captioned case, filed with a supporting memorandum of law, declaration, and exhibits. (Docs. 135–37.) In light of this motion, and the representations made at the February 5, 2021 conference in this case, it is hereby:

    ORDERED that the motion to withdraw filed by defense counsel is GRANTED.

    IT IS FURTHER ORDERED that all deadlines in this case shall be stayed until March 26, 2021 to allow for Defendants to seek counsel. While individual Defendant Juntima Netprachak can represent herself pro se, corporate Defendant Mahasan Inc. must be represented by counsel. Defendants are responsible for having their contact information placed on the Court's docket. If Defendants fail to file a notice of appearance on or before March 26, 2021, they risk the Court finding them in default.

    IT IS FURTHER ORDERED that the motion for attorneys' fees filed by defense counsel is held in abeyance until the conclusion of the litigation.

IT IS FURTHER ORDERED that Plaintiffs are directed to serve a copy of this Order on Defendants at their last known address(es) and then file proof of service on the docket.

SO ORDERED.

Dated: February 23, 2021
New York, New York

*Vernon Broderick* (signature)
Vernon S. Broderick
United States District Judge