## AFFIDAVIT OF SERVICE

| | | |
|---|---|---|
| State of New York | County of Southern | Uited States District Court |

Index Number: 1:14-CV-3625 (VSB) (KNF)
Date Filed: 2/22/2021

Plaintiff:
**Adelaido Galeana and Nicholas Galeana, individually and on behalf of others similarly situated**

vs.

Defendant:
**Mahasan, Inc., ad Juntima Netprachak**

For:
Milman Labuda Law Group Pllc
3000 Marcus Avenue
Suite 3w8
Lake Success, NY 11042

Received by Nicoletti & Harris to be served on **Juntima "Anne" Netprachak, 3320 31st Ave, Enthaice Thai Kitchen, Astoria, NY 11106**.

I, Caswell Bryan, being duly sworn, depose and say that on the **1st day of March, 2021** at **11:26 am, I:**

served a **SUITABLE AGE PERSON** by delivering and leaving a true copy of the **Order** with **TK Mei** at **3320 31st Ave, Enthaice Thai Kitchen, Astoria, NY 11106**, the said premises being the respondent's place of **Work** within the State of New York.  Deponent completed service by mailing a true copy of the **Order** in a postpaid envelope addressed to: **3320 31st Ave, Enthaice Thai Kitchen, Astoria, NY 11106** and bearing the words "Personal & Confidential" by First Class Mail on **3/1/2021** and placed in an official depository of the U.S.P.S. in the State of New York.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Additional Information pertaining to this Service:**
Suitable Age and Discretion

**Description** of Person Served: Age: 30, Sex: M, Race/Skin Color: White, Height: 5'10", Weight: 160, Hair: Black, Glasses: N



## AFFIDAVIT OF SERVICE For 1:14-CV-3625 (VSB) (KNF)

I certify that I am over the age of 18 and have no interest in the above action.

STATE OF    New York    )
COUNTY OF   New York   ) SS:

Subscribed and Sworn to before me on the 2nd day of March, 2021 by the affiant who is personally known to me.

Ana E. Sanchez
Notary Public State of New York
Bronx County
Lic No. 01SA5067260
Commission Expires: October 15, 2021

Caswell Bryan
2094791

Nicoletti & Harris
101 Avenue of the Americas
9th floor
New York, NY 10013
(212) 267-6448

Our Job Serial Number: NHI-2021001828

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1t