UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ADELAIDO GALEANA and NICOLAS GALEANA,
*individually and on behalf of others similarly situated,*

                      *Plaintiffs,*

        -against-

MAHASAN INC. (d/b/a ENTHAICE) and JUNTIMA
NETPRACHAK,

                      *Defendants.*
-----------------------------------------------------------X

**AFFIDAVIT OF SERVICE**

Case No. 14-cv-03625

STATE OF NEW YORK    )
                             ) SS.:
COUNTY OF NEW YORK )

        ILEANA GOMEZ ALBUQUERQUE, being duly sworn, deposes and says:

        Deponent is not a party to this action and is over the age of eighteen years and resides in the State of New York.

        On March 4, 2021, I mailed a copy of the Court's Order (Dkt 138), issued on February 23, 2021, to Defendants Manhasan Inc. and Juntima Netprachak, by first class mail through the United States Postal Service at the following addresses:

Juntima Netprachak
3320 31st Avenue
Astoria, NY 11106

Manhasan Inc.
3521 72nd St., Apt. 1A
Flushing, NY 11372

Sworn to before me on this
4th of March 2021

Notary Public

MICHAEL FAILLACE
NOTARY PUBLIC-STATE OF NEW YORK
No. 02FA6120964
Qualified in New York County
My Commission Expires January 03, 2025

ILEANA GOMEZ ALBURQUERQUE