```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
ADELAIDO GALEANA and NICHOLAS                               :
GALEANA, individually and on behalf of                      :
others similarly situated,                                  :
                                                            :
                                Plaintiffs,                 :
                                                            :
                -against-                                   :
                                                            :
                                                            :
MAHASAN INC. et al.,                                        :
                                                            :
                                Defendants.                 :
                                                            :
                                                            :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/29/2021

14-CV-3625 (VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

On February 23, 2021, I granted the motion to withdraw filed by defense counsel. (Doc. 138.) In that order, I stayed all deadlines in this case until March 26, 2021, to allow for Defendants to seek counsel. (*Id.*) I warned Defendants that they risked default if they failed to file a notice of appearance on or before March 26, 2021. (*Id.*) Since that time, Defendants have failed to file a notice of appearance or place their contact information on the docket. Accordingly, it is hereby:

ORDERED that if Plaintiffs intend to seek a default judgment they is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than April 29, 2021. If Plaintiffs fail to do so or otherwise demonstrate that they intend to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

IT IS FURTHER ORDERED that Plaintiffs are directed to serve a copy of this Order on Defendants at their last known address(es) and then file proof of service on the docket.

SO ORDERED.

Dated:    March 29, 2021
          New York, New York

_____
Vernon S. Broderick
United States District Judge