UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X

ADELAIDO GALEANA and NICOLAS
GALEANA, *individually and on behalf of
others similarly situated,*

    *Plaintiff,*

-against-

MANHASAN INC. (d/b/a ENTHAICE) and
JUNTIMA NETPRACHAK,

    *Defendants.*
------------------------------------------------X

**AFFIDAVIT OF SERVICE**

14-cv-3625

STATE OF NEW YORK    )
                          ) SS.:
COUNTY OF NEW YORK  )

    ILEANA GOMEZ, being duly sworn, deposes and says:

    Deponent is not a party to this action and is over the age of eighteen years and resides in the State of New York.

    On April 5, 2021, I served copies of Judge Broderick's Order (Dkt. No. 141), by First Class Mail via The United States Postal Service to:

    Manhasan Inc.
    3521 72ND ST APT 1A
    FLUSHING NY 11372-4014

    Juntima Netprachak
    3320 31ST AVE
    ASTORIA NY 11106-1431

Sworn to before me on this
6th of April 2021

_____
MICHAEL FAILLACE
Notary Public - STATE OF NEW YORK
No. 02FA6120964
Qualified in New York County
My Commission Expires January 03, 2022

Ileana Gomez
Paralegal
Michael Faillace & Associates, PC