**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X

ADELAIDO GALEANA and NICOLAS
GALEANA, *individually and on behalf of*
*others similarly situated*

**Case: 1:14-cv-3625**

*Plaintiff,*

-against-

**PROPOSED**
**CERTIFICATE OF DEFAULT:**
**MAHASAN INC. (D/B/A**
**ENTHAICE)**

MAHASAN INC. (D/B/A ENTHAICE)
and JUNTIMA NETPRACHAK,

*Defendants.*
-------------------------------------------------------X

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on May 20, 2014 with the filing of a Complaint (Dkt. No. 2); Defendant Mahasan Inc. (d/b/a Enthaice) appeared and filed an Answer on September 9, 2014 (Dkt. No. 9); the Court issued an Order on February 23, 2021 (Dkt. No. 138) directing, in part, Defendant Mahasan Inc. (d/b/a Enthaice) to file a Notice of Appearance on or before March 26, 2021; Defendant Mahasan Inc. (d/b/a Enthaice) was served with a copy of the February 23, 2021 Order on March 4, 2021 by mail, addressed to Defendant Mahasan Inc. (d/b/a Enthaice) at its last-known address, 3320 31st Avenue, Astoria, New York 11106; proof of such service on said Defendant was filed on March 4, 2021 (Dkt. No. 140); the Court issued an Order on March 29, 2021 (Dkt. No. 141) directing Plaintiffs to seek a default judgment by April 29, 2021 due to, in part, Defendant Mahasan Inc. (d/b/a Enthaice)'s failure to file a Notice of Appearance; Defendant Mahasan Inc. (d/b/a Enthaice) was served with a copy of the March 29,

2021 Order on April 5, 2021 by mail, addressed to Defendant Mahasan Inc. (d/b/a Enthaice) at its last-known address, 3320 31st Avenue, Astoria, New York 11106; proof of such service on said Defendant was filed on April 6, 2021 (Dkt. No. 142).

I further certify that the docket entries indicate that Defendant Mahasan Inc. (d/b/a Enthaice) has not filed a Notice of Appearance in accordance with the March 29, 2021 Order herein and is hereby in default.  The default of the Defendant Mahasan Inc. (d/b/a Enthaice) is hereby noted.

Dated: New York, New York
_____, 2021

**RUBY J. KRAJICK**
Clerk of the Court

By: _____
        Deputy Clerk