```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
ADELAIDO GALEANA and NICHOLAS                               :
GALEANA,                                                    :
                                                            :
                              Plaintiffs,                   :    14-CV-3625 (VSB)
                                                            :
              -against-                                     :         ORDER
                                                            :
                                                            :
MAHASAN INC. et al.,                                        :
                                                            :
                              Defendants.                   :
                                                            :
                                                            :
------------------------------------------------------------X
```

<u>VERNON S. BRODERICK</u>, United States District Judge:

On March 29, 2021, I issued an order noting that if Plaintiffs intended to seek a default judgment against Defendants in the above-captioned litigation, they were directed to do so in accordance with my Individual Rules and Practices in Civil Cases ("Individual Rules") on or before April 29, 2021. (Doc. 141.) On April 29, 2021, Plaintiffs submitted a Certificate of Default and an attorney declaration, but failed to submit any of the other materials explicitly set out and required in my Individual Rules. Plaintiffs' filings are thus incomplete. Accordingly, it is hereby:

ORDERED that Plaintiffs are directed to submit the remaining materials required for a motion for default judgment on or before May 7, 2021. Plaintiffs are directed to review carefully my Individual Rules to ensure they have submitted all required materials.

IT IS FURTHER ORDERED that Plaintiffs are directed to serve a copy of this Order on Defendants at their last known address(es) and then file proof of service on the docket.

SO ORDERED.

Dated: April 30, 2021
           New York, New York

_____
Vernon S. Broderick
United States District Judge