UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------X

ADELAIDO GALEANA and NICOLAS
GALEANA, *individually and on behalf of
others similarly situated,*

    *Plaintiff,*

    -against-

MANHASAN INC. (d/b/a ENTHAICE) and
JUNTIMA NETPRACHAK,

    *Defendants.*

-------------------------------X

**AFFIDAVIT OF SERVICE**

**14-cv-3625**

STATEOFNEWYORK    )
                   ) SS.:
COUNTY OF NEW YORK   )

    ILEANA GOMEZ, being duly sworn, deposes and says:

    Deponent is not a party to this action and is over the age of eighteen years and resides in the State of New York.

    On May 4, 2021, I served copies of Judge Broderick's Order (Dkt. No. 146), by First Class Mail via The United States Postal Service to:

        Manhasan Inc.
        3521 72ND ST APT 1A
        FLUSHING NY 11372-4014

        Juntima Netprachak
        3320 31ST AVE
        ASTORIA NY 11106-1431

Sworn to before me on this
4th of May 2021

Notary Public

Ileana Gomez
Paralegal
Michael Faillace & Associates, PC

MICHAEL FAILLACE
Notary Public - State of New York
NO. 02FA6120964
Qualified in New York County
My Commission Expires Jan 3, 2025