**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------X

ADELAIDO GALEANA and NICOLAS GALEANA, *individually and on behalf of others similarly situated*,

        *Plaintiff*,

-against-

MAHASAN INC. (D/B/A ENTHAICE) and JUNTIMA NETPRACHAK,

        *Defendants*.

------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/13/2021

Docket No.: 14-cv-03625 (VSB)

## ORDER TO SHOW CAUSE

Upon the declaration of Michael Faillace, Esq. dated May 12, 2021 and attached exhibits, it is ORDERED:

That Defendant Mahasan Inc. (d/b/a Enthaice) ("Defendant") appear to show cause before a motion term of this Court, ~~in Courtroom 518, United States Courthouse, 40 Foley Square, in the City, County and State of New York~~ by telephone. The parties shall dial into 888-363-4749 and use access code 2682448, on June 30, 2021 at 2:00 p.m. o'clock in the _____ noon thereof, or as soon thereafter as counsel may be heard, why a judgment of default should not be entered pursuant to Rule 55 of the Federal Rules of Civil Procedure against that Defendant; and it is further

ORDERED that service of a copy of this Order and annexed declaration and exhibits upon Defendant on or before ___ o'clock in the ____ noon on May 21, 2021, by _____, shall be deemed good and sufficient service; and it is further

ORDERED that any opposition by Defendant be filed with this Court on or before ___ o'clock in the ____ noon on June 11, 2021; and it is further

- 2 -

ORDERED that any reply papers by Plaintiff Adelaido Galeana and Party Plaintiff Subongkot Longwilai ("Movants") be filed with this Court on or before ___ o'clock in the ____ noon on __June 23, 2021__, 2021; and it is further

ORDERED that the Defendant is advised that failure to respond to the Order to Show Cause may be grounds for the granting of a default judgment against it, in which event the Defendant will have no trial; and it is further

ORDERED that Movants shall file proof of service of this Order to Show Cause by __May 26__, 2021.

Dated: New York, New York

ISSUED: __May 13, 2021__

_____
VERNON S. BRODERICK, U.S.D.J.

TO: Mahasan Inc. (d/b/a Enthaice)
33-20 31st Avenue
Astoria, New York 11106