UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X

ADELAIDO GALEANA and NICOLAS
GALEANA, *individually and on behalf of
others similarly situated*,

    *Plaintiff,*

-against-

MANHASAN INC. (d/b/a ENTHAICE) and
JUNTIMA NETPRACHAK,

    *Defendants.*
-------------------------------------------------X

**AFFIDAVIT OF SERVICE**

14-cv-3625

STATE OF NEW YORK   )
                               ) SS.:
COUNTY OF NEW YORK )

    ILEANA GOMEZ, being duly sworn, deposes and says:

    Deponent is not a party to this action and is over the age of eighteen years and resides in the State of New York.

    On May 20, 2021, I served copies of the Order to Show Cause (Dkt. No. 153) and Plaintiff's Declaration and supporting exhibits (Dkt. No. 151), by First Class Mail via The United States Postal Service to:

    Manhasan Inc.
    3521 72ND ST APT 1A
    FLUSHING NY 11372-4014

    Juntima Netprachak
    3320 31ST AVE
    ASTORIA NY 11106-1431

Sworn to before me on this
20th of May 2021

_____
Ileana Gomez
Paralegal
Michael Faillace & Associates, PC

MICHAEL FAILLACE
Notary Public - State of New York
No. 02FA5020964
Qualified in New York County
My Commission Expires Jan 3, 2025