UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ADELAIDO GALEANA and NICHOLAS GALEANA,

        Plaintiffs,

-against-

MAHASAN INC. et al.,

        Defendants.

---

14-CV-3625 (VSB)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/1/2021

VERNON S. BRODERICK, United States District Judge:

In light of the representations made at the order to show conference held in this case on June 30, 2021, (Doc. 153), it is hereby:

ORDERED that default judgment is entered as to liability against Defendant Mahasan Inc. I am referring this matter to Magistrate Judge Kevin Nathaniel Fox for an inquest on damages.

IT IS FURTHER ORDERED that Plaintiffs are directed to file on the docket, on or before July 9, 2021, any information about bankruptcy proceedings involving Defendant Juntima Netprachak

IT IS FURTHER ORDERED that Plaintiffs are directed to serve a copy of this Order on Defendants at their last known address(es) and then file proof of service on the docket.

SO ORDERED.

Dated:   July 1, 2021
            New York, New York

_____
Vernon S. Broderick
United States District Judge