UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ADELAIDO GALEANA and NICHOLAS GALEANA,

         Plaintiffs,

    -against-

MAHASAN INC. et al.,

         Defendants.
------------------------------------------------------------X

14-CV-3625 (VSB)

**ORDER OF REFERENCE**

USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 7/1/2021

VERNON S. BRODERICK, United States District Judge:

  The above entitled action is referred to the designated Magistrate Judge for the following purposes:

| | | | |
|---|---|---|---|
| ___ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute: | ___ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: _____ |
| ___ | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ___ | Habeas Corpus |
| ___ | Settlement | ___ | Social Security |
| _X_ | Inquest After Default/Damages Hearing <br> • Inquest as to Defendant Mahasan, Inc. | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion: _____ |

SO ORDERED.

Dated: July 1, 2021
     New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge

Case 1:14-cv-03625-VSB-KNF Document 156 Filed 07/01/21 Page 2 of 2