FRI-19108 0207-1 245 21-40794
BAE Systems
Bankruptcy Noticing Center
45479 Holiday Drive
Sterling, VA 20166-9411

004171 4171 1 AB 0.425 10165 1 2 9290-1-4479

William Kevin Oates , JR
Michael Faillace & Associates, P.C.
60 East 42nd Street Suite 4510
New York, NY 10165-0012

004171   19108004175031

| Information to identify the case: | | |
|---|---|---|
| Debtor 1: | Juntima Netprachak<br>First Name   Middle Name   Last Name | Social Security number or ITIN: ▮▮▮▮<br>EIN: __ – _____ |
| Debtor 2:<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: ____<br>EIN: __ – _____ |
| United States Bankruptcy Court: | Eastern District of New York | Date case filed for chapter:  7   3/29/21 |
| Case number: | 1–21–40794–nhl | |

## Official Form 309A (For Individuals or Joint Debtors)
### Notice of Chapter 7 Bankruptcy Case

Revised: 12/17

For the debtor(s) listed above, a case has been filed under Chapter 7 of the Bankruptcy Code. An order for relief has been entered. This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.

To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.

| | About Debtor 1: | About Debtor 2: |
|---|---|---|
| 1. Debtor's Full Name | Juntima Netprachak | |
| 2. All other names used in the last 8 years | | |
| 3. Address | ▮▮▮▮ | |
| 4. Debtor's Attorney<br>Name and address | Norma E Ortiz<br>Ortiz & Ortiz, LLP<br>35-10 Broadway<br>Suite 201<br>Astoria, NY 11106 | Contact Phone 718-522-1117<br>Email: email@ortizandortiz.com |
| 5. Bankruptcy Trustee<br>Name and address | Debra Kramer<br>Debra Kramer, PLLC<br>10 Pantigo Road<br>Suite 1<br>East Hampton, NY 11937 | Contact Phone (516) 482-6300<br>Email: dkramer@kramerpllc.com;trustee@kramerpllc.com |
| 6. Meeting of Creditors | May 6, 2021 at 09:00 AM | Location:<br>DUE TO COVID-19, THE MEETING OF CREDITORS WILL BE HELD TELEPHONICALLY. PLEASE REFER TO THE CASE DOCKET OR CONTACT THE TRUSTEE LISTED IN THIS NOTICE FOR INSTRUCTIONS. |
| 7. Deadlines<br>The Bankruptcy Clerk's Office must receive these documents and any required filing fee by the following deadlines. | Deadline to Object to Discharge or to Challenge Whether Certain Debts are Dischargeable:<br>**You must file a Complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). | Filing Deadline: 7/6/21<br><br>**You must file a Motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). |
| | Deadline to Object to Exemptions:<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | Filing Deadline: 30 days after the *conclusion* of the meeting of creditors |
| 8. Presumption of Abuse | If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances.<br>The presumption of abuse does not arise. | |
| 9. Bankruptcy Clerk's Office<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at pacer.uscourts.gov. | Address of the Bankruptcy Clerk's Office:<br>271-C Cadman Plaza East, Suite 1595<br>Brooklyn, NY 11201-1800<br><br>Clerk of the Bankruptcy Court:<br>Robert A. Gavin, Jr. | Hours Open:<br>Monday – Friday 9:00 AM – 4:30 PM<br><br>Contact Phone (347) 394-1700<br>Date: 3/31/21 |

For more information, see page 2 >

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case**   page 1

004171                    19108004175022

| Debtor Juntima Netprachak | | Case number 1-21-40794-nhl |
|---|---|---|
| 10. Legal Advice | The staff of the Bankruptcy Clerk's Office cannot give legal advice. To protect your rights, consult an attorney. | |
| 11. Creditors May Not Take Certain Actions | The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay. | |
| 12. Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. Debtors must attend the meeting to be questioned under oath by the trustee and by creditors. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. | |
| 13. Proof of Claim | Deadline for holder(s) of a claim secured by a security interest in the debtor(s)' principal residence (Rule 3002(c)(7)(A)):     **Filing Deadline: 06/07/2021**<br><br>No property appears to be available to pay creditors. Therefore, other than claims secured by a security interest in the debtor(s)' principal residence, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the Clerk will send you another notice telling you that you may file a proof of claim and stating the deadline.<br><br>*Do not include this notice with any filing you make with the court.* | |
| 14. Discharge of Debts | The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the Bankruptcy Clerk's Office within the deadlines specified in this notice. (See line 7 for more information.) | |
| 15. Exempt Property | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the Bankruptcy Clerk's Office or online at pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The Bankruptcy Clerk's Office must receive the objection by the deadline to object to exemptions in line 7. | |
| 16. Creditors with a Foreign Address | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 17. Option to Receive Notices Served by the Clerk by Email Instead of by U.S. Mail | 1) The Electronic Bankruptcy Noticing (EBN) Program is open to all parties. You can register for EBN at the BNC website https://bankruptcynotices.uscourts.gov/, or<br>2) Debtors can register for DeBN by filing local form "Debtor's Electronic Bankruptcy Notice Request" with the Clerk of Court. **Both options are FREE and allow the Clerk to quickly send you court-issued notices and orders by email.** | |
| 18. Undeliverable Notices | Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the parties correct address, resend the returned notice, and notify this office of the parties change of address. Failure to provide all parties with a copy of the notice may adversely affect the debtor as provided by the Bankruptcy Court. | |
| 19. Form 121 Statement of Social Security # | The debtor or debtor's attorney is required to bring a paper copy of the petition with full social security number displayed to the first meeting of creditors. | |
| 20. Personal Financial Management Course | In order to receive a discharge, the debtor must complete a Personal Financial Management Course and must file a Certification About a Financial Management Course (Official Form 423) within 60 days after the first date set for the section 341 meeting. If the Certification About a Financial Management Course is not filed within the allotted time, **a discharge will not be issued and the case will be closed.** | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case**                                                                                                              page 2

## NOTICE TO CHAPTER 7 DEBTORS AND DEBTORS' ATTORNEYS

### What To Submit Prior To The Meeting Of Creditors

You must submit to the Chapter 7 Trustee assigned to your case the following:

1. A copy of the Chapter 7 petition (complete with all schedules and the statement of financial affairs) which bears a copy of the Debtor's signature.

Note: The petition should not reflect the Debtor's signature as /s/.

2. Copies of all payment advices (i.e., pay stubs) or other evidence of payment received within 60 days before the date of the filing of the petition by the Debtor from any employer of the Debtor. (*See* Bankruptcy Code § 521(a)(1)(iv))

Note: If such payment advices are not available or the Debtor does not have payment advices then the Debtor should provide the Trustee and file with the Bankruptcy Court a notarized affidavit of the Debtor explaining the circumstances.

3. A copy of the Federal income tax return (or a transcript of such return) for the most recent tax year ending immediately before the commencement of the case and for which the Federal income tax return was filed.

Note: The tax return or transcript must be provided to the Chapter 7 Trustee no later than 7 days before the meeting of creditors. (*See* Bankruptcy Code § 521(e)(2)(A)(i)) The tax return or transcript should **NOT** be filed with the Bankruptcy Court.

The Chapter 7 Trustees request that this information be provided as soon as possible after the petition is filed. The name and address of the assigned Chapter 7 Trustee appears on the meeting notice.

These requirements do not supersede or replace any of the requirements under the Bankruptcy Code, Bankruptcy Rules and Local Bankruptcy Rules.

### What to bring to the Meeting of Creditors

Each Chapter 7 Debtor should bring to the meeting of creditors: (a) original government issued photo identification **and** (b) an original social security card or other original government issued document that reflects the debtor's social security number.

BLnef.jsp [Notice of Electronic Filing rev. 02/01/17]

004171   19108004175013

| Information to identify the case: | | |
|---|---|---|
| Debtor 1: | Juntima Netprachak<br>First Name   Middle Name   Last Name | Social Security number or ITIN: xxx–xx–■■■■<br>EIN: __–_____ |
| Debtor 2:<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: _____<br>EIN: __–_____ |
| United States Bankruptcy Court: | Eastern District of New York | Date case filed for chapter:   7   3/29/21 |
| Case number: | 1–21–40794–nhl | |

## NOTICE OF ELECTRONIC FILING PROCEDURE
## INFORMATION REGARDING MEETING OF CREDITORS

The above case was filed electronically, and is accessible via the Court's Internet site at http://www.nyeb.uscourts.gov. In compliance with E.D.N.Y. LBR 9011–1(b) and the court's General Order on Electronic Filing Procedures ("General Order #559"), whenever any applicable statute, rule or order requires a document to be signed and the document is electronically filed, the document shall contain an electronic signature or a scanned copy of the original signature. An electronic signature shall consist of "s/" followed by the first and last name of the person signing. Security of a password issued to an attorney is the attorney's responsibility. An original signed copy of all filings shall be maintained in the attorney's file in accordance with General Order #559.

All parties with legal representation must file documents by one of the following methods:

1. **INTERNET (Preferred Method):** The requirements for filing, viewing and retrieving case documents over the Internet are: A personal computer running Microsoft Windows; an Internet provider using dial–up or broadband; Mozilla Firefox or Internet Explorer; Adobe Acrobat to convert word processor formatted documents to portable document format (PDF); and a document scanner. The URL address is www.nyeb.uscourts.gov. A password is needed to file documents into this system. Please contact the Court to obtain a password. In addition, a Pacer login is needed to view or print documents from this system. A Pacer login can be obtained by calling the Pacer Service Center at 1–800–676–6856 or by visiting their website at https://pacer.uscourts.gov.

2. **DISKETTE or CD-ROM/DVD, PDF FORMAT:** If you are not equipped or have not registered to file over the Internet, you must submit your documents on a diskette or CD–ROM/DVD, in PDF format. Adobe Acrobat software will provide you with the ability to create documents in PDF format; additionally, word processing programs such as Microsoft Word include a built–in conversion utility. Use a separate flash drive or CD–ROM/DVD for each filing. Submit the CD–ROM/DVD in an envelope with the case name, case number, type and title of the document, and the file name on the flash drive or CD–ROM/DVD.

**Important Note: If you are an ECF account holder, proofs of claim may be filed over the Internet. If you are not a current ECF account holder, you may file a proof of claim by going to the Court's website at http://www.nyeb.uscourts.gov/electronic–filing–proof–claim–epoc and select File a Claim (ePOC). This application does not require a login and password. You can also file a proof of claim by CD–ROM/DVD or flash drive.**

Adversary Proceedings filed relative to cases assigned to the ECF system will also be assigned to the system. Documents filed in such proceedings MUST comply with the foregoing electronic filing requirements.

In Chapter 7, 12 and 13 cases, the debtor is responsible for serving a copy of the petition on the trustee appointed in the case. Refer to the Notice of Meeting of Creditors accompanying this notice for the name and mailing address of the trustee.

In Chapter 11 cases, the debtor is responsible for serving a copy of the petition on the Internal Revenue Service and the Securities and Exchange Commission. Refer to the second page of the Notice of Meeting of Creditors accompanying this notice for their respective addresses.

Parties without legal representation may file documents in paper form, in accordance with procedures set forth in the court's Local Rules.

Dated: March 31, 2021

For the Court, Robert A. Gavin, Jr., Clerk of Court

004171                                     19108004175013