UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ADELAIDO GALEANA and NICOLAS
GALEANA, *individually and on behalf of
others similarly situated*,

                Plaintiffs,

     -against-

MAHASAN INC. (d/b/a ENTHAICE) and
JUNTIMA NETPRACHAK,

                Defendants.
------------------------------------------------------------X

ORDER

14-CV-3625 (VSB)(KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

       This case has been referred to the undersigned for an inquest in order to determine the amount of damages, if any, that should be awarded to the plaintiffs against defendant Mahasan Inc.

       Accordingly, IT IS HEREBY ORDERED that, on or before July 28, 2021, the plaintiffs shall prepare and file, with the Court: (1) proposed findings of fact and conclusions of law; and (2) an inquest memorandum of law, accompanied by supporting affidavits and exhibits, setting forth proof of their damages. The plaintiffs must serve these documents and a copy of this order on Mahasan Inc., and file proof of such service with the Clerk of Court.

       IT IS FURTHER ORDERED that, on or before August 18, 2021, Mahasan Inc. shall prepare and file any opposing memoranda, affidavits, and exhibits, as well as any alternative findings of fact and conclusions of law, and serve the same upon the plaintiffs.

Dated: New York, New York
        July 7, 2021

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE