USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/8/2021

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
ADELAIDO GALEANA et al.,                                    :
                                                            :
                              Plaintiffs,                   :
                                                            :
              -against-                                     :
                                                            :
                                                            :
MAHASAN INC. et al.,                                        :
                                                            :
                              Defendants.                   :
                                                            :
                                                            :
-------------------------------------------------------- X
```

14-CV-3625 (VSB)

**ORDER**

<u>VERNON S. BRODERICK, United States District Judge</u>:

I am in receipt of Plaintiffs' July 7, 2021 filing indicating that Defendant Juntima Netprachak is in ongoing Chapter 7 bankruptcy proceedings in the United States District Court for the Eastern District of New York. (Doc. 158.) Accordingly, it is hereby:

ORDERED this case is stayed as to Defendant Netprachak until the conclusion of those bankruptcy proceedings.

IT IS FURTHER ORDERED that Plaintiffs are directed to file a letter 30 days from the filing of this Order, and every 30 days after that, to provide an update on the status of the aforementioned bankruptcy proceedings.

IT IS FURTHER ORDERED that Plaintiffs are directed to serve a copy of this Order on Defendants at their last known address(es) and then file proof of service on the docket.

SO ORDERED.

Dated:    July 8, 2021
          New York, New York

*Vernon Broderick* (signature)
Vernon S. Broderick
United States District Judge