UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------X

ADELAIDO GALEANA and NICOLAS GALEANA, *individually and on behalf of others similarly situated*,

Plaintiff,

-against-

MAHASAN INC. (d/b/a ENTHAICE) and JUNTIMA NETPRACHAK,

Defendants.
-----------------------------------------------X

AFFIDAVIT OF SERVICE

14-cv-3625

STATE OF NEW YORK   )
                    ) SS.:
COUNTY OF NEW YORK  )

ILEANA GOMEZ, being duly sworn, deposes and says:

Deponent is not a party to this action and is over the age of eighteen years and resides in the State of New York.

On July 12, 2021, I served copies of Judge Broderick's Order (Dkt. No. 160), by First Class Mail via The United States Postal Service to:

> Mahasan Inc.
> 3521 72ND ST APT 1A
> FLUSHING NY 11372-4014

> Juntima Netprachak
> 3320 31ST AVE
> ASTORIA NY 11106-1431

Sworn to before me on this
12th of July 2021

_____
Notary Public

Ileana Gomez
Paralegal
Michael Faillace & Associates, PC

MICHAEL FAILLACE
Notary Public - State of New York
NO. 02FA6120964
Qualified in New York County
My Commission Expires Jan 3, 2025