UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
ADELAIDO GALEANA and NICOLAS
GALEANA, *individually and on behalf of
others similarly situated*,

      *Plaintiff*,

-against-

MANHASAN INC. (d/b/a ENTHAICE) and
JUNTIMA NETPRACHAK,

      *Defendants*.
-------------------------------------X

**AFFIDAVIT OF SERVICE**

**14-cv-3625**

STATE OF NEW YORK   )
                           ) SS.:
COUNTY OF NEW YORK )

      ILEANA GOMEZ, being duly sworn, deposes and says:

      Deponent is not a party to this action and is over the age of eighteen years and resides in the State of New York.

      On July 28, 2021, I served copies of the Proposed Findings of Fact and Conclusion of Law (Dkt. No. 162), Memorandum of Law (Dkt. No. 163), Declaration of Michael Faillace and Exhibits (Dkt. No. 164), and Proposed Default Judgment (Dkt. No. 165), by First Class Mail via The United States Postal Service to:

      Manhasan Inc.
      3521 72ND ST APT 1A
      FLUSHING NY 11372-4014

      Juntima Netprachak
      3320 31ST AVE
      ASTORIA NY 11106-1431

Sworn to before me on this
30th of July 2021

_____
Notary Public

MICHAEL FAILLACE
Notary Public - State of New York
NO. 02FA6120964
Qualified in New York County
My Commission Expires Jan 3, 2025

Ileana Gomez
Paralegal
Michael Faillace & Associates, PC