UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------X

ADELAIDO GALEANA and NICOLAS GALEANA, *individually and on behalf of others similarly situated*,

*Plaintiff*,

-against-

MANHASAN INC. (d/b/a ENTHAICE) and JUNTIMA NETPRACHAK,

*Defendants*.

-------------------------------------X

**AFFIDAVIT OF SERVICE**

14-cv-3625

| STATE OF NEW YORK | ) |
|---|---|
| | ) SS.: |
| COUNTY OF NEW YORK | ) |

ILEANA GOMEZ, being duly sworn, deposes and says:

Deponent is not a party to this action and is over the age of eighteen years and resides in the State of New York.

On August 2, 2021, I served copies of Judge Fox's Order (Dkt. No. 159), by First Class Mail via The United States Postal Service to:

Manhasan Inc.
3521 72ND ST APT 1A
FLUSHING NY 11372-4014

Juntima Netprachak
3320 31ST AVE
ASTORIA NY 11106-1431

Sworn to before me on this
2nd of August 2021

_____
NOTARY PUBLIC
MICHAEL FAILLACE
Notary Public - State of New York
NO. 02FA6120964
Qualified in New York County
My Commission Expires Jan 3, 2025

Ileana Gomez
Paralegal
Michael Faillace & Associates, PC