UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
ADELAIDO GALEANA and NICOLAS GALEANA, *individually and on behalf of others similarly situated*,

Plaintiff,

-against-

MANHASAN INC. (d/b/a ENTHAICE) and JUNTIMA NETPRACHAK,

Defendants.
------------------------------------------------X

AFFIDAVIT OF SERVICE

14-cv-3625

STATE OF NEW YORK      )
                       ) SS.:
COUNTY OF NEW YORK     )

ILEANA GOMEZ, being duly sworn, deposes and says:

Deponent is not a party to this action and is over the age of eighteen years and resides in the State of New York.

On August 9, 2021, I served copies of Judge Broderick's Order (Dkt. No. 169), by First Class Mail via The United States Postal Service to:

> Manhasan Inc.
> 3521 72ND ST APT 1A
> FLUSHING NY 11372-4014
>
> Juntima Netprachak
> 3320 31ST AVE
> ASTORIA NY 11106-1431

Sworn to before me on this

9th of August 2021

Notary Public

Ileana Gomez
Paralegal
Michael Faillace & Associates, PC

MICHAEL FAILLACE
Notary Public - State of New York
NO. 02FA6120964
Qualified in New York County
My Commission Expires Jan 3, 2025

MICHAEL FAILLACE
Notary Public - State of New York
NO. 02FA6120964
Qualified in New York County
My Commission Expires Jan 3, 2025