UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
ADELAIDO GALEANA et al., :
:
Plaintiffs, :
: 14-CV-3625 (VSB)
-against- :
: **ORDER**
:
MAHASAN INC. et al., :
:
Defendants. :
:
:
------------------------------------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/9/2021

VERNON S. BRODERICK, United States District Judge:

On August 6, 2021, I issued an order stating that if Plaintiffs intend to seek default judgment against Defendant Netprachak, they were directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than September 6, 2021. Plaintiffs have missed this deadline. Accordingly, it is hereby:

ORDERED that Plaintiffs are directed to submit their Rule 4(H) materials on or before September 16, 2021. Plaintiffs are warned that if they fail to do so, they risk my dismissing this case against Netprachak for failure to prosecute.

IT IS FURTHER ORDERED that Plaintiffs are directed to serve a copy of this Order on Defendants at their last known address(es) and then file proof of service on the docket.

SO ORDERED.

Dated: September 9, 2021
       New York, New York

_____
Vernon S. Broderick
United States District Judge