UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
:
ADELAIDO GALEANA et al., :
:
                  Plaintiffs, :
: 14-CV-3625 (VSB)
      -against- :
: **ORDER**
:
MAHASAN INC. et al., :
:
                  Defendants. :
:
:
-------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

    On September 9, 2021, I issued an order indicating that if Plaintiffs failed to move for a default judgment against Defendant Juntima Netprachak on or before September 16, 2021, they risked my dismissing this case against Netprachak for failure to prosecute. (Doc. 171.) That deadline has passed, and none of the Plaintiffs have submitted default judgment materials. Further, on September 16, 2021, I received a letter from Plaintiffs' counsel indicating that Netprachak's debts owed to at least some of the Plaintiffs were discharged in a recent bankruptcy court proceeding. (*See* Doc. 173.) Accordingly, it is hereby:

    ORDERED that this case is DISMISSED as to Defendant Netprachak.

    IT IS FURTHER ORDERED that Plaintiffs are directed to serve a copy of this Order on Defendants at their last known address(es) and then file proof of service on the docket.

SO ORDERED.

Dated:    September 20, 2021
              New York, New York

                                                Vernon S. Broderick
                                               United States District Judge