UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ADELAIDO GALEANA and NICHOLAS
GALEANA, individually and on behalf of others
similarly situated,

                            Plaintiffs,
         -against-                                        14 **CIVIL** 3625 (VSB)(KNF)

                                                                       **JUDGMENT**

MAHASAN INC., doing business as
ENTHAICE, and JUNTIMA NETPRACHAK,

                            Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 26, 2022, the Report and Recommendation is ADOPTED in its entirety. The awarded damages, prejudgment interest, and attorney's fees are confirmed. Specifically, Plaintiff Galeana is awarded the following: 1. Damages in the amount of $13,759.50, representing: a. $7,423.50 in unpaid wages and overtime; b. $1,218.00 in unpaid spread-of-hours compensation; c. $8,641.50 in liquidated damages; and d. $3,900 in statutory damages. 2. Prejudgment interest in the amount of: a. $7,598.36, through July 28, 2021 (the date Plaintiffs filed their inquest submissions); and b. additional prejudgment interest at the rate of nine percent per annum on the principal amount of $8,641.50, to be calculated by the Clerk of Court from July 28, 2021, to the date of entry of the final judgment, in the amount of $645.63. Plaintiff Longwilai is awarded the following: 1. Damages in the amount of $36,688.62, representing: a. $14,016.31 in unpaid wages and overtime; b. $1,828.00 in unpaid spread-of-hours compensation; c. $15,844.31 in liquidated damages; and d. $5,000.00 in statutory damages. 2. Prejudgment interest in the amount of: a. $10,503.16, through July 28, 2021 (the date that Plaintiffs filed their inquest submissions); and b. additional prejudgment interest at the

rate of nine percent per annum on the principal amount of $15,844.31, to be calculated by the Clerk of Court from July 28, 2021, to the date of entry of the final judgment, in the amount of $1,183.77. Additionally, pursuant to NYLL § 198(4), the judgment shall provide that "any amounts remaining unpaid upon the expiration of ninety days following issuance of judgment, or ninety days after expiration of the time to appeal and no appeal is then pending, whichever is later, the total amount of judgment shall automatically increase by fifteen percent." Galeana and Longwilai are also awarded attorneys' fees in the amount of $13,818.00 and costs in the amount of $581.00; accordingly, the case is closed.

**Dated:**  New York, New York

      May 27, 2022

                                **RUBY J. KRAJICK**

                                **Clerk of Court**

**BY:**  *K. Mango*

                                **Deputy Clerk**